# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Michael Kemp, | Civil No.: 11-1858 (RHK/JJG) |
| Plaintiff, | **ORDER** |
| v. | |
| Nelson, Watson & Associates, LLC, Katherine Doe and John Doe, | |
| Defendants. | |

Pursuant to the Notice of Dismissal With Prejudice (Doc. No. 3), **IT IS ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE** on its merits and without costs, disbursements or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  August 12, 2011

s/Richard H. Kyle<br>
RICHARD H. KYLE<br>
United States District Judge